# Third District Court of Appeal

**State of Florida**

Opinion filed April 27, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-2550
Lower Tribunal No. 11-26509B
_____

**Theodore Griffin,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Theodore Griffin, in proper person.

Pamela Jo Bondi, Attorney General, for respondent.

Before SHEPHERD, EMAS and FERNANDEZ, JJ.

FERNANDEZ, J.

Following review of the petition for writ of habeas corpus, it is ordered that said petition is hereby denied.

## ORDER TO SHOW CAUSE

Furthermore, as it appears that Theodore Griffin has submitted multiple pro se post-conviction appeals,[1] we order Mr. Griffin to show good cause within thirty (30) days why this Court should not prohibit him from submitting further pro se appeals, petitions, motions or other proceedings relating to his criminal sentencing in circuit court case number 11-26509, unless such pleadings are signed by an attorney who is a duly licensed member of the Florida Bar in good standing. After this order to show cause and giving Mr. Griffin an opportunity to respond, this Court may prevent such further filings. We must balance Mr. Griffin's pro se right to access the courts with the Court's need to devote its finite resources to legitimate appeals, recognizing the seriousness of sanctions when the litigant is a criminal defendant. State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999).

---

[1] A non-exhaustive list of pro se post-conviction appeals filed by the defendant include: 3D11-3097; 3D12-251; 3D12-1309; 3D12-2000; 3D12-3172; 3D13-97; 3D13-1164; 3D13-3093; 3D14-1831; 3D15-952; 3D15-1721; 3D15-2512; 3D15-2550; and 3D15-2921.